**CITY OF ST. LOUIS,**
**Plaintiff/Respondent,**

v.

**W. Gail JONES, Defendant/Appellant.**

No. 63649.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 12, 1994.

Edward Bruce Nangle, Barbara Nangle, Nangle & Nangle, St. Louis, for defendant, appellant.

James J. Wilson, Assoc. City Counselor, Michael Garvin, Asst. City Counselor, St. Louis, for plaintiff, respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

PER CURIAM. ·

Defendant appeals from the trial court's judgment entered by the Circuit Clerk of the City of St. Louis.

Judgment affirmed. Rule 84.16(b).

■

**Seno J. CARTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 48612.

Missouri Court of Appeals,
Western District.

April 12, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

*ORDER*

PER CURIAM.

Appeal from dismissal of Rule 24.035 motion for postconviction relief for untimely filing.

The judgment of dismissal is affirmed. Rule 84.16(b).